**No. 11-7114. Jason Van Brumwell, Petitioner v. Oregon.**

565 U.S. 1124, 132 S. Ct. 1028, 181 L. Ed. 2d 757, 2012 U.S. LEXIS 295.

January 9, 2012. Petition for writ of certiorari to the Supreme Court of Oregon denied.

757

Same case below, 350 Or. 93, 249 P.3d 965.